Argued and submitted January 30, affirmed March 13, 2003

STATE OF OREGON,
*Respondent,*

*v.*

GLENN DAVID HATTENHAUER,
*Appellant.*

97-0692; A109404

64 P3d 1205

Monica L. Finch, Deputy Public Defender, argued the cause for appellant. With her on the briefs was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Daniel J. Casey, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Mituniewicz,* 186 Or App 95, 62 P3d 417 (2003).